UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEREMY COLBERT** | **CIVIL ACTION** |
| versus | **NO. 14-2472** |
| **N. BURL CAIN** | **SECTION: "H"(1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by Jeremy Colbert is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 4th day of August, 2016.

_____
**UNITED STATES DISTRICT JUDGE**